HARRY SILKES, PLAINTIFF-PETITIONER, v. LOCAL 4, IN-
TERNATIONAL BROTHERHOOD OF TEAMSTERS, *ETC.*,
*ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Holley & Kroner* for the petitioner.

*Messrs. Steelman, Lafferty, Rowe & McMahon,* Mr. *Wil-
liam F. Nies* and *Mr. Andrew F. Zazzali* for the respondents.

November 11, 1963.  Denied.

EUGENE M. WALL, *ET AL.*, PLAINTIFFS-RESPONDENTS, v.
THE HUDSON COUNTY PARK COMMISSION, DEFEND-
ANT-PETITIONER.

See same case below: 80 *N. J. Super.* 372.

*Messrs. Beggans & Keale* and *Mr. Robert E. Tarleton* for
the petitioner.

*Messrs. Bracken & Walsh* for the respondents.

November 11, 1963.  Denied.